IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| HAMDIJA BEGANOVIC, Plaintiff, | CASE NO. 6:22-cv-2052 |
| vs. | MOTION FOR CONSOLIDATION |
| TYSON FRESH MEATS Defendant. | |

Comes Now, Plaintiff, Hamdija Beganovic, for his Motion to Consolidate his action with four other cases involving Defendant Tyson Fresh Meats pursuant to Federal Rule of Civil Procedure 42 (a) states.

1. That Plaintiff is seeking consolidation of this matter with four other Federal Cases recently removed by Defendant Tyson Fresh Meats all with substantially similar fact and legal issues.

   a. *Thomas Hart v Tyson Fresh Meats*, 6:22-cv-02068

   b. *Donald Merschbrock v Tyson Fresh Meats*, 6:2022cv02069

   c. *Cody Brustkern v Tyson Fresh Meats*, 6:2022-cv02070

   d. *John Casey v. Tyson Fresh Meats*, 6:22-cv-02073

2. That Defendant Tyson does not object to consolidation.

3. That Tyson Fresh Meats is represented by the same legal counsel in all five cases.

4. That Beganovic and the other Plaintiffs, Hart, Brustkern, Merschbrock and Casey are represented by the same legal counsel and consent to the consolidation.

5. That consolidation will result in judicial economy by having one trial instead of five.

6. That all five cases involve the same issues of law under the Iowa Wage Payment Collection Act, Chapter 91A.

7. That all five cases are factually similar based on date of occurrence, wages requested and work location.

8. That all five cases seek wages under the same Defendant policy, the Annual Incentive Plan.

9. That consolidation will avoid unnecessary cost to all parties and result in judicial economy.

Wherefore, Plaintiff requests an order of consolidation for the five cases pursuant to Federal Rule of Civil Procedure 42 (a).

1.

Respectfully submitted,

*/s/ Nathaniel Boulton*

_____
Nathaniel R. Boulton AT0000992
Hedberg & Boulton, P.C.
100 Court Avenue, Suite 425
Des Moines, IA 50309
Telephone: (515) 288-4148
Fax: (515) 288-4149
Email: nate@hedberglaw.com

Marlon Mormann AT0005462
3320 Kinsey Avenue
Des Moines, Iowa 50317
Telephone: 515-710-0902
Email: aljmormann@gmail.com

ATTORNEYS FOR PLAINTIFF